

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-13-00876-CV

**IN THE MATTER OF R.D.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-JUV-01230
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to file Brief is GRANTED. The appellee's brief is due on June 2, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court